# EXHIBIT A

## VERIFIED RETURN OF SERVICE

**State of Florida**  **County of Monroe**  **Circuit Court**

Case Number: 2017-CA-38-K

RLJ2017000760

Plaintiff:
**ANTHONY GRIECO**

vs.

Defendant:
**GLUNZ OCEAN BEACH CLUB RESORT, LLC, A FLORIDA COMPANY**

For:
Wolfgang M. Florin
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, FL 34683

Received by ROBERT L. JONES, INC. on the 18th day of January, 2017 at 1:22 pm to be served on **GLUNZ OCEAN BEACH CLUB RESORT, LLC C/O REGISTERED AGENT, JANET G. BISCHOFF, 351 E. OCEAN DRIVE, KEY COLONY BEACH, FL 33051**.

I, MICHELLE STEWART, do hereby affirm that on the **23rd** day of January, 2017 at **11:40 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBIT A, EXHIBIT B** with the date and hour of service endorsed thereon by me, to: **Heather Lewis** as Event Coordinator & Concierge for **GLUNZ OCEAN BEACH CLUB RESORT, LLC**, at the address of: **351 E, Ocean Dr, Key Colony, FL 33051**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 & have no interest in the above action, am a Special Process Server, in good standing, in the 16th Judicial Circuit in and for Monroe County; that service was made in accordance with Florida Statutes 48.031. Under penalty of perjury, I declare that I have read the foregoing & that the facts stated in it are true. Notary not required pursuant to F.S.92.525(2).

MICHELLE STEWART
MCSO Appt. #167

ROBERT L. JONES, INC.
P.O. Box 6415
Clearwater, FL 33758-6415
(800) 330-2830

Our Job Serial Number: RLJ-2017000760
Ref: 2017CA38K

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h

Filing # 51099652 E-Filed 01/12/2017 12:40:05 PM

IN THE CIRCUIT COURT OF SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA
CIVIL DIVISION

ANTHONY GRIECO,

    Plaintiff,

vs.

    CASE NO.: 2017CA38K

GLUNZ OCEAN BEACH CLUB RESORT,
LLC, a Florida company,

    TIME: 11:40 AM
    DATE: 1/23/14
    Defendant
    SERVER: Michael Stewart
                        /
              167

**SUMMONS**

THE STATE OF FLORIDA:

    TO ALL AND SINGULAR SHERIFFS OF SAID STATE: You are hereby commanded to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

GLUNZ OCEAN BEACH CLUB RESORT, LLC
c/o Registered Agent, Janet G. Bischoff
351 E. Ocean Drive
Key Colony Beach, FL 33051

The Defendant is hereby required to serve written defenses to said complaint on Plaintiff's attorney, whose name and address is:

Wolfgang M. Florin, Esquire
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, Florida 34683

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

Witness my hand and the seal of said Court on January 19th, 2017.

    Clerk of the Circuit Court

    Deputy Clerk

(SEAL)

Filing # 51099652 E-Filed 01/12/2017 12:40:05 PM

IN THE CIRCUIT COURT OF SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA
CIVIL DIVISION

ANTHONY GRIECO,

    Plaintiff,

vs.                                                          CASE NO.:

GLUNZ OCEAN BEACH CLUB RESORT,
LLC, a Florida company,

    Defendant

_____/

## COMPLAINT

COMES NOW, Plaintiff, ANTHONY GRIECO, by and through his undersigned counsel, and sues the Defendant, GLUNZ OCEAN BEACH CLUB RESORT, LLC, a Florida company, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $15,000.00 (Fifteen Thousand Dollars), exclusive of costs and interest.

2. Venue lies within Monroe County because a substantial part of the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. At all times material herein, Plaintiff, ANTHONY GRIECO (hereinafter "Grieco" or "Plaintiff"), was and is resident of Monroe County, Florida.

4. At all times material herein, Defendant, GLUNZ OCEAN BEACH CLUB RESORT, LLC (hereinafter "Glunz" or "Defendant"), was and is a Florida corporation, licensed and authorized to and doing business in Monroe County, Florida.

5. Defendant is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## ADMINISTRATIVE PREREQUISITES

6. All conditions precedent to bringing this action have occurred.

7. Plaintiff, ANTHONY GRIECO, timely filed a charge of discrimination with the Equal Opportunity Employment Commission (EEOC) and Florida Commission on Human Relations (FCHR). A Right to Sue ("RTS") was issued November 8, 2016. (*Attached herein as Exhibits A and B*)

8. More than 180 days have passed since the filing of this charge.

## FACTUAL ALLEGATIONS

9. Plaintiff began his employment with Defendant on or around September 13, 2015 as a Food and Beverage Director.

10. On or around January 1, 2016, Plaintiff had a heart attack during working hours and was ambulanced to the hospital. Plaintiff was released the same day.

11. On or around January 3, 2016, Plaintiff went to another hospital because he was still having chest pains. Plaintiff was admitted, scheduled for angioplasty surgery and released two days later.

12. On or around January 11, 2016, Plaintiff returned to work.

13. The third week in January 2016, Plaintiff went for a second opinion and was told that he would need additional surgery which he immediately informed the owner, Janet Glunz and Resort GM, Mark Mistie. Plaintiff was told not to worry, that they had his back.

14. On or around January 25, 2016, Plaintiff had surgery and was discharged on or around February 5, 2016.

15. On or around February 10, 2016, Plaintiff's doctor released him to return to work on February 19, 2016. Plaintiff informed Mr. Mistie and he requested the doctor's release note. Plaintiff took a picture of the release note and texted it to Mr. Mistie.

16. On or around February 12, 2016, Plaintiff was informed by Mr. Mistie that he was

no longer needed and was terminated.

## COUNT I
## FLORIDA CIVIL RIGHTS ACT ("FCRA") – DISABILITY

17. Plaintiff realleges and adopts the allegations in paragraphs 1 through 16 as if set out in full hereafter.

18. As described above, Plaintiff has a disability and/or the Defendant perceived him to have a disability as defined by Florida Civil Rights Act ("FCRA"), Section 760.01, *et seq., Florida Statutes*.

19. As described above, Defendant took adverse employment actions against Plaintiff because of a disability and/or perceived disability.

20. By the conduct described above, Defendant engaged in unlawful employment practices in violation of the FCRA and discriminated against Plaintiff because of a disability and/or perceived disability.

21. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

   a. Back pay and benefits;

   b. Interest on back pay and benefits;

   c. Front pay and benefits;

   d. Compensatory damages, including damages for mental anguish, loss of dignity, and other intangible injuries;

   e. Pecuniary and non-pecuniary losses;

   f. Punitive damages;

   g. Attorney's fees and costs; and

   h. For any other relief this Court deems just and equitable.

**WHEREFORE**, Plaintiff, ANTHONY GRIECO, demands a trial by trial and a judgment against Defendant, GLUNZ OCEAN BEACH CLUB RESORT, LLC, in an amount within the

jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars, plus attorney's fees, costs, interest, and for such other relief to which the Plaintiff may be justly entitled.

## COUNT II
## TITLE VII AMERICANS WITH DISABILITIES ACT AMENDMENTS OF 2008 (ADAAA") DISABILITY DISCRIMINATION

22. Plaintiff realleges and adopts the allegations in paragraphs 1 through 16 as if set out in full hereafter.

23. Plaintiff is an individual entitled to protection under the Americans with Disabilities Act Amendments of 2008 ("ADAAA").

24. As described above, Defendant took adverse employment actions against Plaintiff because of his disability.

25. Plaintiff was an employee within the meaning of the ADAAA.

26. Plaintiff is a qualified individual with a disability within the meaning of the ADAAA, because Plaintiff, with a reasonable accommodation, could perform the essential functions of his job with Defendant.

27. As a result of Defendant unlawful conduct, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Compensatory damages;

    e. Pecuniary and non-pecuniary losses;

    f. Attorney's fees and costs;

    g. Punitive damages; and

    h. For any other relief this Court deems just and equitable.

**WHEREFORE**, Plaintiff, ANTHONY GRIECO, demands a trial by trial and a judgment against Defendant, GLUNZ OCEAN BEACH CLUB RESORT, LLC, in an amount within the jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars, plus attorney's fees, costs, interest, and for such other relief to which the Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

28. Plaintiff, ANTHONY GRIECO, demands a trial by jury on all issues so triable.

DATED this 12th day of January 2017.

FLORIN ROEBIG, P.A.

*/s/Wolfgang M. Florin*
WOLFGANG M. FLORIN, ESQUIRE
Florida Bar No.: 907804
Primary:   WMF@FlorinRoebig.com
Secondary: LABOR_efiling@florinroebig.com
                 debbie@FlorinRoebig.com
**CHRISTOPHER D. GRAY, ESQUIRE**
FL Bar No.: 902004
Primary:   CDG@FlorinRoebig.com
**LINDSEY C. KOFOED, ESQUIRE**
FL Bar No.:  0063956
Primary:   lck@florinroebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: X FEPA  X EEOC
CHARGE NUMBER:

State or local agency, if any: Florida Commission On Human Relations and EEOC

| Name (Indicate Mr., Mrs., Ms.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Mr. Anthony Grieco | | 609-827-1113 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 2601 S. Roosevelt Boulevard 411A | Key West, FL 33040 | 10/4/1963 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Glunz Ocean Beach Club Resort, LLC | 50+ | 305-289-8494 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 351 Ocean Drive | Key Colony Beach, FL 33051 | Monroe County |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

RACE  COLOR  SEX  RELIGION  NATIONAL ORIGIN
RETALIATION  AGE  DISABILITY X  OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
                  February 12 2016

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*

**I: PERSONAL HARM:** I began my employment with Glunz Ocean Beach Club Resort, LLC on or around September 13, 2015 as a Food and Beverage Director.

On or around January 1, 2016, I had a heart attack during working hours. I was ambulanced to the hospital and released the same day.

On or around January 3, 2016, I went to another hospital because I was still having chest pains. I was admitted and scheduled for angioplasty surgery. I was released two days later.

On or around January 11, 2016, I returned to work.

The third week in January 2016, I went for a second opinion and told that I would need additional surgery and I immediately informed the owner, Janet Glunz and Resort GM, Mark Mistie. I was told not to worry, that they had my back.

On or around January 25, 2016, I had surgery and discharged on or around February 5, 2016.

On or around February 10, 2016, my doctor released me to return to work on February 19, 2016. I informed Mr. Mistie and he requested the doctor's release note. I took a picture of the release note and texted it to Mr. Mistie.

On or around February 12, 2016, I was informed by Mr. Mistie that I was no longer needed and that I was terminated.

**II: RESPONDENT'S REASON FOR ADVERSE ACTION:** I was told that I was no longer needed.

**III: STATEMENT OF DISCRIMINATION:** I believe I was discriminated against because of my disability and not provided reasonable accommodation for my disability in violation of the Americans With Disabilities Act of 1990, as amended and Chapter 760, *Florida Statutes*.



EXHIBIT A

__X__ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:
SIGN: _____
PRINT: Anais Orraca
State of Florida at-Large (SEAL) A.O. Monroe

4/25/16
DATE

CHARGING PARTY (Signature)

EEOC FORM 5 (Rev. 06/92)

**ANAIS ORRACA**
MY COMMISSION # FF215854
EXPIRES March 31, 2019
FloridaNotaryService.com

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Anthony Grieco
2601 S Roosevelt Blvd, 411a
Key West, FL 33040

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2016-01794 | Donn Dernick, Investigator | (305) 808-1806 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

MICHAEL J. FARRELL,
District Director

NOV 0 8 2016
(Date Mailed)

Enclosures(s)

cc: Mark Mistie
Resort General Manager
GLUNZ OCEAN BEACH CLUB RESORT LLC
351 E. Ocean Drive
Key Colony Beach, FL 33051

Wolfgang M. Florin, Esq.
FLORIN & ROEBIG
777 Alderman Road
Palm Harbor, FL 34683

EXHIBIT B

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SIXTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MONROE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>ANTHONY GRIECO</u>
Plaintiff
    vs.
<u>GLUNZ OCEAN BEACH CLUB RESORT LLC</u>
Defendant

## II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
    - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.   REMEDIES SOUGHT** (check all that apply):
   ☒   Monetary;
   ☐   Non-monetary
   ☐   Non-monetary declaratory or injunctive relief;
   ☐   Punitive

**IV.   NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

2

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐   Yes
   ☒   No

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒   No
   ☐   Yes – If "yes" list all related cases by name, case number and court:

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒   Yes
   ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Wolfgang M Florin        FL Bar No.: 907804
        Attorney or party                                                        (Bar number, if attorney)

     Wolfgang M Florin     01/12/2017
        (Type or print name)                                                                Date